# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WILLIAM C. BOYKIN,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:05-cv-1612-Orl-31JGG**

**JOHN SCOTT TURK,**

      **Defendant.**

_____

## ORDER

This cause comes before the Court on the Plaintiff's Amended Motion to Proceed In Forma Pauperis (Doc. No. 9) filed November 22, 2005.

On November 29, 2005, the United States Magistrate Judge issued a report (Doc. No. 12) recommending that the motion be denied and that the case be dismissed as frivolous.   No objections have been filed.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    That the Amended Motion to Proceed In Forma Pauperis is **DENIED**.

    3.    That the Plaintiff's Second Amended Complaint is **DISMISSED** and the Clerk is directed to close the file

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 19th day of December, 2005.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE